[No. 48151-7-I. Division One. February 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES T. EASTMOND, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-00227-6, Gerald L. Knight, J., entered January 30, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Coleman, J., concurred in by Cox, A.C.J., and Grosse, J.

[No. 48798-1-I. Division One. February 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD ANDREW BARNHOUSE, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 01-1-05004-6, Frank LaSalata, J. Pro Tem., entered July 9, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49255-1-I. Division One. February 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BOYD M. DEROUIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-00748-0, Helen Halpert, J., entered August 17, 2001. *Remanded* by unpublished opinion per Appelwick, J., concurred in by Coleman and Schindler, JJ. Now published at 116 Wn. App. 38.

[No. 49381-7-I. Division One. February 3, 2003.]

GRAOCH ASSOCIATES # 5 LIMITED PARTNERSHIP, *Plaintiff*, TITAN CONSTRUCTION CORPORATION, *Appellant*, v. MIKE PURCELL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-01921-1, James A. Doerty, J., entered August 24, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kennedy, J., concurred in by Becker, C.J., and Ellington, J.